Shappell Unemployment Compensation Case.
Hershey Chocolate Corporation, Appellant, *v.*
Unemployment Compensation Board
of Review.

Argued March 14, 1967. *J. Thomas Menaker,* with him
*McNees, Wallace & Nurick,* for appellant; *Michael F.
Walsh,* with him *Meranze, Katz, Spear & Bielitsky,* for
appellees; *Sydney Reuben,* Assistant Attorney General,
for Unemployment Compensation Board of Review, appellee.

Decision affirmed.

Southern Fulton School District *v.* McCray
(et al., Appellant).

Argued March 13, 1967. *Elmer L. Hill,* appellant, in
propria persona; *Robert D. Myers,* with him *Albert
Foster, Frank A. Sinon,* and *Rhoads, Sinon & Reader,*
for appellee; *John McD. Sharpe, Jr.,* for school district,
appellee.

Order affirmed.